RE: Elvin D Peralta                                                                                   Case # 21-13819  RAM

**<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)</u>**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 5/24/21

Tax returns:                             Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted     ✔ LF 90 - Signed         LF 67         LF 10

Plan does not fund properly

Calculation errors     Missing months/amounts     Inconsistent terms     Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

  Missing 2016(B)                              ✔  Missing Attorney's Declaration & 341 Written Quest.

Other provisions:     IVL          100%          Lawsuit          Gambling          MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed     Valuation motion not filed          Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

Object or Conform to Proof of Claim:     Miami-Dade County          Tax Certificate (DE#   )     Dept of Revenue

        IRS

✔ OTHER PLAN ISSUES: Amend plan to include child supp info




✔ Real Estate FMV and Payoff:
  Non-Homestead Information Sheet:
✔ Vehicles FMV (NADA/Carmax)  Reg and Payoff:  09/Nissan
  Other:
✔ Bank Account Statements     3 months pre-petition   #5327 (3/18/21-4/21/21)


  Copy of check(s) and/or explanation:
  Explanation of withdrawal(s):
  401K/Retirement/Pension               Annuity               Life Insurance Policy
  Domestic Support Obligation form complete with info: name, address and phone
✔ Wage deduction order or Motion to waive
  BDQ & attachments          Profit/loss     Balance Sheet
  Business Bank statements and checks     3 months pre-petition



  Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*