UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE:    Elvin D Peralta                                                                                          Case Number  21-13819-RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION & RECOMMENDATION**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows  (If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed): WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED MUST BE RECEIVED BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING HOLIDAYS) PRIOR TO THE CONFIRMATION HEARING TO AVOID DISMISSAL.  Please note: documents that were not timely filed/received by the trustee may not be considered as there is not sufficient time for an additional review of this case. **Call the Trustee's case administration department prior to "re-sending" documents.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for possible issues raised and additional documents needed.*

*The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.*  **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears to represent the debtor at the confirmation hearing.**
IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.
================================================================================
Recommendation for **the next confirmation** hearing. **DOCUMENTS RECEIVED FEWER THAN 14 DAYS PRIOR TO CONFIRMATION MAY NOT BE REVIEWED** (Call the Trustee's case administration department prior to "re-sending" documents)

*Bar Date*: 6/30/21
1A Plan served 7/12
If Counsel for the Debtor(s) appears at confirmation, confirms service, and agrees on the record:
**If amended plan filed and served by 5pm on Thursday August 12** to Amend section III. to check "none" box
Trustee review for confirmation, If not Continue to September 21:
Due on or before 5pm on August 20 a) Amend section III. to check "none" box

*If 100% language is removed, provide documents/resolve issues on prior deficiencies contemporaneously*


\*\*Amended plans must use new plan form (6/4/21). Debtor attorney must call 3 business days prior to hearing (Thursday 9 - 2) to request Trustee to review late amended plans with no material change\*\*\*




I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402